UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JOSEF VOLMAN,

                  **Plaintiff,**

    -against-

MAMA FINA'S NY INC. D/B/A MAMA FINA AND
VILLAGE JV 165 AVENUE A, LLC.,

                  **Defendants.**

------------------------------------------------------------------ x

22-CV-1950 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to file a joint status report on September 16, 2022.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **September 12, 2022**

*[signature]*

    **ANDREW L. CARTER, JR.**
    **United States District Judge**